Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_Northern District of California_

_San Jose Division_

| | |
|---|---|
| ANTHONY MCGEE | Case No. UNKNOWN 22 09094 |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | NC |
| -v- | Jury Trial: (check one) ✔ Yes ☐ No |
| PALO ALTO POLICE DEPARTMENT OFFICER JOY OFFICER PANEDA UNKNOWN DEFENDANTS | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

FILED DEC 23 2022 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ANTHONY MCGEE |
   | Street Address | 2227 62ND AVE |
   | City and County | OAKLAND, ALAMEDA COUNTY |
   | State and Zip Code | CALIFORNIA 94605 |
   | Telephone Number | 510 860 3543 |
   | E-mail Address | amcgee70@yahoo.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$250 MILLION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

CLAIM 1. ON 11/05/2022, BOTH DEFENDANTS CONSPIRED AND COMPLETED THE OVERT ACT OF KIDNAPPING BY AN ILLEGAL DENTENTION AND FALSE ARREST
CLAIM 2. ARRESTED ME WITHOUT DUE PROCESS OF LAW
CLAIM 3. ARRESTED ME WITHOUT PROBABLE CAUSE OR REASONABLE SUSPICION IN VIOLATION OF THE 4TH AMENDMENT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is asking the court to impose punitve damages in the amount of $250 million dollars for emotional pain and suffering. In light of the traumatic and horroring events that surrounded the incident, the plaintiff is in a constant state of retaliatory fear for his safety. The plaintiff is also asking for an immediate return of $25,000.00 in bail money that was demanded from the Plaintiff to secure his freedom from captivity. The plaintiff is continuing to suffer from mental anguish and post traumatic stress syndrome as a result of the actions taken by the defendants

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
DUE PROCESS VIOLATIONS PURSUANT TO THE 5TH AMENDMENT OF THE UNITED STATES CONSTITUTION
42 U.S.C.1983
18 U.S.C.1201
4TH AMENDMENT VIOLATIONS

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the
        State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2022

Signature of Plaintiff: Anthony McGee
Printed Name of Plaintiff: Anthony McGee

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: JOY
- Job or Title (if known): OFFICER
- Street Address: 275 FOREST AVE
- City and County: PALO ALTO, SANTA CLARA COUNTY
- State and Zip Code: CA 94301
- Telephone Number: 650 329 2413
- E-mail Address (if known): UKNOWN

Defendant No. 2
- Name: PANEDA
- Job or Title (if known): OFFICER
- Street Address: 275 FOREST AVE
- City and County: PALO ALTO, SANTA CLARA COUNTY
- State and Zip Code: 94301
- Telephone Number: 650 329 2413
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a ~~corporation~~ PERSON
The defendant, (name) Christopher ENFANTE, is ~~incorporated under~~
the laws of the State of (name) CALIFORNIA, and has its
principal place of business in the State of (name) CALIFORNIA
~~Or is incorporated under the laws of (foreign nation)~~
~~and has its principal place of business in (name)~~

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$300,000,000.00 on the account that they conspired to lock me up with allegations if they were proven true would have given me a life sentence, and that's the emotional and psychological damage that this horroring experience has brought to me

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Derrek Dagneau wrote false accusations about me in a incident report.
that report was then given to the Alameda County District Attorney's Office, and
christopher Enfante repeated those same materially false statements with full knowledge of their terminal effects

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$300,000,000.00 for emotional pain and suffering,
$45,000,00 for the amount of bail money that I was charged